UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Edgar Maximo Arellano−Castillo
                              Plaintiff,

v.                                                  Case No.: 1:16−cv−05280
                                                          Honorable James B. Zagel

Liberty Inn, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 24, 2016:

      MINUTE entry before the Honorable James B. Zagel: Pursuant to the parties' Joint Stipulation of Dismissal [9], this matter is dismissed in its entirety, with prejudice and with each party to bear its own attorneys' fees and costs. Status hearing set for 11/8/16 is stricken. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.